IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| URICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-MC-00006-HJW-KLL |
| vs. ) | |
| ) | [Underlying Case Pending in the Central |
| PHARMAPLAST, S.A.E. and MEDLINE ) | District of California, Case No. CV-11-02476- |
| INDUSTRIES, INC., ) | MMM-RZ] |
| ) | |
| Defendants. ) | |
| ) | |

*Granted.*
*Karen L. Litkovitz*
*1/29/13*

## NOTICE OF STIPULATION

On January 17, 2013, Medline Industries, Inc. ("Medline") filed a motion to quash a subpoena issued by Urica, Inc. ("Urica") and directed to "Custodian of Records, The Kroger Co." Medline and Urica subsequently entered into a stipulation concerning that subpoena and others that were issued by Urica to other third parties. The conclusion of the parties' stipulation is that this Court "should stay all further proceedings regarding Medline's motions to quash...to allow the Central District of California to decide these issues in the first instance." A copy of the stipulation is attached.

Medline respectfully requests a stay of proceedings in this Court, according to the stipulation and in the interests of efficiency and judicial economy.

4763132.1