# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Urica, Inc.,
    Plaintiff,

v.                         Case No. 1:13-mc-006
                            (J. Weber ; MJ Litkovitz)

Pharmaplast S.A.E., et al.,
    Defendants.

## ORDER

On January 29, 2013, this Court granted a stay of all further proceedings regarding Medline's motion to quash third party subpoena in order to allow the Central District of California court to to decide these issues in the first instance. (Doc. 3). To date, a status update of this matter has not been provided to this Court.

Accordingly, it is hereby **ORDERED** that **WITHIN FIFTEEN (15) DAYS** of this Order, counsel shall file a status report with the Court regarding this matter.

**It is so ordered.**

Date: 7/1/13

Karen L. Litkovitz
United States Magistrate Judge